**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Margaret Lou MORSETTE,
Defendant–Appellant.**

No. 07–30159.

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2008.*

Filed July 9, 2008.

Joseph E. Thaggard, Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Chad Wright, Esq., Helena, MT, for Defendant–Appellant.

Before: REINHARDT, LEAVY, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Margaret Lou Morsette appeals from the 108–month sentence imposed following her guilty-plea conviction for conspiracy to possess methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Morsette contends that her sentence is unreasonable because the district court focused most of its 18 U.S.C. § 3553(a) analysis on the nature and circumstances of the offense rather than on her personal characteristics. We conclude that the district court did not procedurally err and that the 108–month sentence is substantively reasonable. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 596–98, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**